UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-3797(DSD/SER)

Fredrick Dewayne Hines,

        Plaintiff,

v.                                              **ORDER**

Michelle Smith, Tammy Wherely,
David Rhesuis, Shar Mike,
Sherilinda Wheeler, Unknown
Magadanz, and Dan Meyer,

        Defendants.

This matter is before the court upon the report and recommendation of Magistrate Judge Steven E. Rau dated November 1, 2017 (R&R). The magistrate judge recommended that the court deny plaintiff's motion for preliminary injunction without prejudice. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 108] is adopted in its entirety; and

2. Plaintiff's motion for a preliminary injunction [ECF No. 104] is denied without prejudice.

Dated: November 27, 2017

                                                          s/David S. Doty
                                                          David S. Doty, Judge
                                                          United States District Court