UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16cv3797(DSD/SER)

FREDRICK DEWAYNE HINES,

        Plaintiff,

v.                                                **ORDER**

MICHELLE SMITH, Warden, "MNDOC"
Oak Park Heights; TAMMY WHERELY,
Associate Warden Administration;
DAVID RHESUIS, Associate Warden
Operation; SHAR MIKE, Program
Director ACU/CX-5 Units;
SHERILINDA WHEELER, Program
Director; UNKNOWN MAGADANZ,
Lieutenant ACI/CX-5, CX-7 Units;
and Dan Meyer, Lieutenant
ACU-CX-5 Units, individually and
in their official capacities,

        Defendants.

This matter is before the court upon the report and recommendation of Magistrate Judge Steven E. Rau dated March 27, 2018 (R&R). The magistrate judge recommended that the court deny pro se plaintiff Fredrick Dewayne Hines's motion for a temporary restraining order or preliminary injunction. No objections to the R&R have been filed in the time period permitted.[1] Under these circumstances, the court finds it appropriate to adopt the R&R.

---

[1] After the R&R was filed, Hines filed a document titled "Plaintiff's Memorandum of Law in Opposition to Defendant's Memorandum of Law to Deny Temporary Restraining Order Preliminary Relief." See ECF No. 131. To the extent Hines intends this to be an objection to the R&R, the court overrules it. After a de novo review, the court finds that the R&R is well reasoned and correct. Further, Hines merely reasserts the arguments already made in his original motion; he does not make any specific objection to the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 130] is adopted in its entirety; and

2. Plaintiff's motion for a temporary restraining order or preliminary injunction [ECF No. 121] is denied with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 20, 2018

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court